**This document was signed electronically on January 10, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: January 10, 2017**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | ) |
| | ) CHAPTER 13 |
| Robyn J. Filing | ) CASE NO: **15-52390** |
| | ) |
| DEBTOR | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| | ) |
| | ) **ORDER GRANTING TRUSTEE'S** |
| | ) **MOTION FOR TURNOVER OF FUNDS** |
| | ) **DUE THE DEBTOR OR SUCCESSORS** |
| | ) **OR ASSIGNS TO THE UNCLAIMED** |
| | ) **FUNDS ACCOUNT OF THE U.S.** |
| | ) **BANKRUPTCY COURT** |
| | ) |

**CHAPTER 13**
Keith Rucinski,
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

1. On or about December 9, 2016, the Trustee filed a "TRUSTEE'S MOTION TO TURN FUNDS OVER TO THE UNCLAIMED FUNDS ACCOUNT OF THE U.S. BANKRUPCTY COURT" pursuant to Federal Rule of Bankruptcy Procedure 3011. Docket No. 39.
2. The Trustee's motion to turnover funds is incorporated herein as if fully rewritten.
3. The Trustee's motion was before the Court on January 5, 2017.
4. At the January 5th hearing, neither the debtor nor their counsel appeared or provided any formal opposition to the Trustee's Motion. Given that there was no formal opposition to the Trustee's Motion at the January 5th hearing, the Court granted the Motion.
5. After the January 5th hearing, the debtor's address was amended on the court's docket so the debtor is being served with a copy of this Order at the

new address as well as the address listed on the motion.
6. The Trustee is turning over these funds to the U.S. Bankruptcy Court so the debtor may earn a discharge in this case. The debtor will be able to provide a copy of this Order and be directed to the Court's unclaimed funds account for payment.
7. The Court's procedure for obtaining unclaimed funds is set forth online at: https://www.ohnb.uscourts.gov/court-info/local-rules-and-orders/local-rules#3011-1.
8. The Trustee is hereby authorized to turnover approximately $156,915.97 to the Court's unclaimed funds account pursuant to Federal Rule of Bankruptcy Procedure 3011 as related to the debtor's refund in this case.

It is SO ORDERED.

###

Submitted by:

____/s/ Joseph A. Ferrise_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Esq.
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
T: 330.762.6335
F: 330.762.7072
E: jferrise@ch13akron.com

    cc:
    via Regular U.S. Mail:

    Robyn J. Filing
    932 Genesee Road
    Akron, OH 44303
    Debtor

    Robyn J. Filing
    227 Portage Trail, Ext. W, Apt 1
    Cuyahoga Falls, OH 44223
    Debtor

    via ECF:

    Trent Binger, Esquire at newfreshstart7@yahoo.com

    Amy Good, Esquire - Office of the U.S. Trustee at **Amy.L.Good@usdoj.gov**

    Andy Vara, Esquire - Office of the U.S. Trustee at
    **Andy.Vara@usdoj.gov**

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com